PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

| | |
|---|---|
| Name of Individual Under Supervision: Dineen Cameron | Cr.: 19-00437-001<br>PACTS #: 5831763 |

Name of Sentencing Judicial Officer:  THE HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/07/2019

Original Offense:   Attempts to Commit an Offense, 18 U.S.C. § 1029(B)(2)
Produces/Traffics in Counterfeit Device, 18 U.S.C. § (A)(2)

Original Sentence: 5 years' probation

Special Conditions: 8 months of the Location Monitoring Program, Financial Disclosure, New Debt Restriction, Self-Employment/Business Disclosure, and $114,000 in Restitution.

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: 10/07/2019 |

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the special condition which states **'The defendant shall make restitution in the amount of $114,000. The defendant shall satisfy the amount due in the monthly installments of no less than $50.'**<br><br>Cameron failed to make any restitution payments for the months of December 2020, January, February, March, April, May, June, July, August, September, and October 2021. On November 12, 2021, a payment of $200 was listed in the Offender Payment Enhanced Report Access ("OPERA) but no additional payments have been made since then. |
| 2 | The individual under supervision has violated the standard condition which states **'you must not knowingly leave the federal district where you are authorized to reside without first getting permission from the court or the probation officer.'**<br><br>Cameron admitted to leaving the District of New Jersey and traveled to Kissimmee, Florida on or about July 20th and returned on August 2nd, 2021 without the permission from the court or the probation office. She traveled to Florida with her family and visited both Disney World and Universal Studios. |

Prob 12A – page 2
Dineen Cameron

U.S. Probation Officer Action:

Cameron has failed to make her Court ordered payments of $50 per month towards her financial obligations. She has paid $1,293.79 to date and has an outstanding balance of $112,706.21.

During a telephone conversation with the probation office, Cameron admitted to leaving the District of New Jersey without permission from the Court or the probation office. Cameron reported to have misunderstood the standard condition regarding travel and believed she would be able to travel freely while on the administrative caseload, the Low Intensity Caseload. She was reprimanded for her actions and was presented with a signed copy of her Judgement of Conviction.

We are requesting no formal Court action at this time. We recommend presentation of the attached Probation Form 12A to Cameron as a written reprimand issued under the authority of the Court. Cameron is on our district's administrative caseload, the Low Intensity Caseload; however, will be returned to a generalist caseload for continued monitoring of noncompliance. Should Cameron continue to fail to adhere to the Court ordered monthly payments, or if any other noncompliance occurs, the Court will be notified.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

PREPARED BY:

*Kelly A. Maciel*                    *04/14/2022*
KELLY A. MACIEL              Date
U.S. Probation Technician

***Please check a box below to indicate the Court's direction regarding action to be taken in this case:***

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

April 18, 2022
Date